Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| | ) Chapter 13 |
| | ) |
| Joseph Fabiani | ) Case No.: 8:10-bk-27829-TA |
| | ) |
| | ) **AMENDED NOTICE OF UNCLAIMED DIVIDEND** |
| | ) **(Bankruptcy Rule 3011)** |
| | ) |
| | ) |
| | ) |
| | ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **302554** in the sum of **$602.95**

replaces Check no. **302457** representing an unclaimed dividend in the above-

entitled Debtor's estate.  Said sum is paid over to you pursuant to

Bankruptcy Rule 3011.  The name and address of the party entitled to said

unclaimed dividend is as follows:


United Credit Recovery
PO Box 953245
Lake Mary, FL 32795


Date: January 12, 2017        ___/S/_____
                              Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 1027829 | Joseph Fabiani<br>ACCT: 5025 | XXX-XX-3446 | 602.95 | 0.00 | 602.95 |
| | | Claim: 00016 | | | |
| | TOTALS | | 602.95 | 0.00 | 602.95 |

Joseph Fabiani

BALANCE:        0.00    [0.00 33/00016]
SSN: XXX-XX-3446    SSN:
ACCT: 5025              CASE: 1027829
PRINCIPAL:    602.95    INTEREST:           0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0302554

Jan 12, 2017

VOID 90 DAYS FROM DATE

*******$602.95

**PAY**    Six Hundred Two And 95 / 100 Dollars

**TO THE**
**ORDER OF**    *U.S. BANKRUTCY COURT FISCAL DEPT.*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑆0302554⑆ ⑆061100790⑆ 0000005751862⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND - ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE - SEE REVERSE SIDE FOR MORE SAFETY FEATURES.