Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| Joseph Fabiani | ) Chapter 13 ) ) Case No.: 8:10-bk-27829-TA ) ) **AMENDED NOTICE OF UNCLAIMED DIVIDEND** ) **(Bankruptcy Rule 3011)** ) ) ) ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **302555** in the sum of **$575.71** replaces Check no. **302456** representing an unclaimed dividend in the above-entitled Debtor's estate.  Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and address of the party entitled to said unclaimed dividend is as follows:

    United Credit Recovery
    PO Box 953245
    Lake Mary, FL 32795

Date: January 12, 2017          __/S/_____
                                    Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 1027829 | Joseph Fabiani ACCT: 1091 | Claim: 00015 XXX-XX-3446 | 575.71 | 0.00 | 575.71 |
| | | TOTALS | 575.71 | 0.00 | 575.71 |

Joseph Fabiani

BALANCE: 0.00  [0.00 33/00015]
SSN: XXX-XX-3446    SSN:
ACCT: 1091    CASE: 1027829
PRINCIPAL: 575.71    INTEREST: 0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0302555

Jan 12, 2017

VOID 90 DAYS FROM DATE

*******$575.71

PAY  Five Hundred Seventy Five And 71/100 Dollars

TO THE ORDER OF
U.S. BANKRUTCY COURT FISCAL DEPT.
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0302555⑈ ⑆061100790⑆ 000000575186 2⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND — ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE — SEE REVERSE SIDE FOR MORE SAFETY FEATURES.