Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| Joseph Fabiani | ) Chapter 13 <br> ) <br> ) Case No.: 8:10-bk-27829-TA <br> ) <br> ) **AMENDED NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **302556** in the sum of **$65.15** replaces Check no. **302455** representing an unclaimed dividend in the above-entitled Debtor's estate.  Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and address of the party entitled to said unclaimed dividend is as follows:

    United Credit Recovery
    PO Box 953245
    Lake Mary, FL 32795

Date: January 12, 2017        __/S/_____
                              Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 1027829 | Joseph Fabiani ACCT: 3130 | Claim: 00013 | XXX-XX-3446 | 65.15 | 0.00 | 65.15 |
| | | TOTALS | | 65.15 | 0.00 | 65.15 |

Joseph Fabiani

BALANCE: 0.00 [0.00 33/00013]
SSN: XXX-XX-3446    SSN:
ACCT: 3130    CASE: 1027829
PRINCIPAL: 65.15    INTEREST: 0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

**0302556**

Jan 12, 2017

VOID 90 DAYS FROM DATE

********$65.15

PAY    Sixty Five And 15 / 100 Dollars

TO THE
ORDER OF    U.S. BANKRUTCY COURT FISCAL DEPT.
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0302556⑈ ⑆061100790⑆ 000000575186 2⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES.