Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| Joseph Fabiani | ) Chapter 13 ) ) Case No.: 8:10-bk-27829-TA ) ) **AMENDED NOTICE OF UNCLAIMED DIVIDEND** ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **302557** in the sum of **$172.32** replaces Check no. **302454** representing an unclaimed dividend in the above-entitled Debtor's estate.  Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and address of the party entitled to said unclaimed dividend is as follows:

    VERIZON WIRELESS
    500 TECHNOLOGY DR #550
    SAINT CHARLES, MO 63304

Date: January 12, 2017          __/S/_____
                                 Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 1027829 | Joseph Fabiani ACCT: 5647 | Claim: 00026 | XXX-XX-3446 | 172.32 | 0.00 | 172.32 |
| | | TOTALS | | 172.32 | 0.00 | 172.32 |

Joseph Fabiani

BALANCE:        0.00     [0.00 33/00026]
SSN: XXX-XX-3446    SSN:
ACCT: 5647                    CASE: 1027829
PRINCIPAL:     172.32    INTEREST:        0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

**0302557**

Jan 12, 2017

VOID 90 DAYS FROM DATE

*******$172.32

PAY    One Hundred Seventy Two And 32 / 100 Dollars

TO THE ORDER OF    *U.S. BANKRUTCY COURT FISCAL DEPT.*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑉0302557⑉ ⑆061100790⑆ 000000575186 2⑉

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES.